IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY DAVID DAVIS                                                           PETITIONER

V.                          CIVIL NO. 6:18-cv-06125

WENDY KELLEY, Director,
Arkansas Department of Correction                         RESPONDENT

## ORDER

The Court has received a Report and Recommendation (ECF No. 15) from United States Magistrate Judge Barry A. Bryant. Petitioner Larry David Davis proceeds *pro se* in this Petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2254. Upon review, the Magistrate recommended that the Petition be denied and dismissed with prejudice. Davis filed timely Objections (ECF No. 11) to the Report and Recommendation. The matter is now ripe for consideration.

The Court has conducted a de novo review of those portions of the report and recommendation to which Davis has objected. 28 U.S.C. § 636(b)(1). All of Davis's claims are barred. Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that the Petition should be and hereby is DENIED AND DISMISSED WITH PREJUDICE.

SO ORDERED this 27th day of January 2020.

                                                                       /s/ Robert T. Dawson
                                                                        ROBERT T. DAWSON
                                                                        SENIOR U.S. DISTRICT JUDGE