IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LARRY DAVID DAVIS                                                                                    PETITIONER

v.                                                   Case No. 6:18-cv-06125

DEXTER PAYNE[1], Director,                                                                  RESPONDENT
Arkansas Department of Correction

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Motion for Leave to Appeal *In Forma Pauperis* (ECF No. 19) filed by Larry David Davis, an inmate confined in the Arkansas Department of Correction, Delta Regional Unit.

**1.     Discussion:**

On January 27, 2020, this Court dismissed the Petition in this matter. ECF No. 17. On Petitioner now seeks to appeal that dismissal and asks to be allowed to proceed *in forma pauperis* (IFP). ECF No. 19. Petitioner was previously found qualified to proceed IFP and his instant Motion shows he is still entitled to proceed IFP.

While Petitioner is entitled to proceed IFP, it does not appear there is a good faith reason to grant a Certificate of Appealability in this case. As shown in this Court's prior rulings (ECF Nos. 15 and 17), Petitioner has made no substantial showing of the denial of a constitutional right, as required by 28 U.S.C. 2253(c). Accordingly no Certificate of Appealability should issue here.

---

[1] Dexter Payne has succeeded Wendy Kelley as the Director of the Arkansas Division of Correction. He is automatically substituted as the party herein pursuant to Fed. R. Civ. P. 25(d).

**2.     Recommendation**:

Accordingly, based on the foregoing, it is recommended the instant Motion to Proceed IFP on Appeal (ECF No. 19) should be **GRANTED**.  The undersigned also recommends that no Certificate of Appealability be granted in this matter as Petitioner has failed to make a substantial showing of denial of any constitutional right.

**The Parties have fourteen (14) days from receipt of this report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.**

**DATED** this **18th day of February 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE